**Ronnell Ray HILL, Plaintiff–Appellant,**

v.

**F. FOULK, Defendant–Appellee.**

**No. 14–15985.**

United States Court of Appeals, Ninth Circuit.

Submitted February 17, 2015.*

Filed March 2, 2015.

Ronnell Ray Hill, Corcoran, CA, pro se.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

### MEMORANDUM ***

California state prisoner Ronnell Ray Hill appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that defendant failed to protect him from an inmate assault. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Hamilton v. Brown*, 630 F.3d 889, 892 (9th Cir.2011). We affirm.

The district court properly dismissed Hill's action because Hill failed to allege sufficient facts demonstrating that defendant knew of and disregarded a substantial risk of an inmate assault. *See Farmer v. Brennan*, 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) ("[A] prison official cannot be found liable under the Eighth Amendment ... unless the official knows of and disregards an excessive risk to inmate ... safety[.]"); *see also Hebbe v. Pliler*, 627 F.3d 338, 341–42 (9th Cir.2010) (although pro se pleadings are to be liberally construed, a plaintiff must present factual allegations sufficient to state a plausible claim for relief).

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).